AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity <br><br> *Plaintiff(s)* <br><br> v. <br><br> DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:24-CV-00711 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attachment #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Joshua I. Schiller
    BOIES SCHILLER FLEXNER LLP
    2029 Century Park East, Suite 1520
    Los Angeles, CA 90067
    Telephone: (213) 629-9040
    Facsimile: (213) 629-9022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00711

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

```
1  BOIES SCHILLER FLEXNER LLP
   JOSHUA I. SCHILLER (SBN 330653)
2  jischiller@bsfllp.com
   2029 Century Park East
3  Suite 1520
   Los Angeles, CA 90067
4  Telephone:  (213) 629-9040
5  Facsimile:   (213) 629-9022

6  BENJAMIN MARGULIS*
7  bmargulis@bsfllp.com
   KATHERINE L. CASSIRER*
8  kcassirer@bsfllp.com
9  55 Hudson Yards
   New York, NY 10001
10 Telephone: (212) 446-2300
11 Facsimile: (212) 446-2350

12 *pro hac vice forthcoming

13 Attorneys for Plaintiffs
14
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00711<br><br>**COMPLAINT FOR DAMAGES**<br>1. **DEPRIVATION OF RIGHT OF PUBLICITY (CAL. CIV. CODE § 3344.1)**<br>2. **VIOLATION OF RIGHT OF PUBLICITY (COMMON LAW)**<br>3. **COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

COMPLAINT

UNITED ST ATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Main Sequence, Ltd, et. al. v. Dudesy, LLC et. al.
Case No, 2:24-cv-00711

ATTACHMENT #2 TO SUMMONS

**DUDESY, LLC**
9255 W. SUNSET BLVD., STE 1010
WEST HOLLYWOOD, CA 90069

**Will Sasso**
3212 Griffith Park Blvd
Los Angeles, CA 90027-2203

**Chad Kultgen**
9029 Alden Drive
Los Angeles, CA 90048-2914