# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| MAIN SEQUENCE, LTD. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DUDESY, LLC , et al.<br><br>DEFENDANT(S). | 2:24–cv–00711–MEMF–E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   1/29/2024   |    1    |    Complaint    |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 29, 2024          By:  /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                       Deputy Clerk