Name and address:
Joshua I. Schiller (CA Bar No. 330653)
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520, Los Angeles, CA 90067
Tel: (213) 629-9040/ Fax: (213) 629-9022
(Maintains offices in SF and LA)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIN SEQUENCE, LTD., et. al.<br><br>Plaintiff(s)<br>v.<br><br>DUDESY, LLC, et. al.<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-00711<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Margulis, Benjamin
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 446-2342
*Telephone Number*

(212) 446-2350
*Fax Number*

bmargulis@bsfllp.com
*E-Mail Address*

of
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
MAIN SEQUENCE, LTD.
JEROLD HAMZA in his individual capacity
JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN
*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: ____

and designating as Local Counsel
Schiller, Joshua I.
*Designee's Name (Last Name, First Name & Middle Initial)*

330653
*Designee's Cal. Bar No.*

(213) 629-9040
*Telephone Number*

(213) 629-9022
*Fax Number*

jischiller@bsfllp.com
*E-Mail Address*

of
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520,
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded

Dated ____

U.S. District Judge/U.S. Magistrate Judge