Name and address:
Joshua I. Schiller (CA Bar No. 330653)
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520, Los Angeles, CA 90067
Tel: (213) 629-9040/ Fax: (213) 629-9022
(Maintains offices in SF and LA)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MAIN SEQUENCE, LTD., et. al.

Plaintiff(s)

v.

DUDESY, LLC, et. al.

Defendant(s).

CASE NUMBER

2:24-cv-00711

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cassirer, Katherine L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 446-2300
*Telephone Number*

(212) 446-2350
*Fax Number*

kcassirer@bsfllp.com
*E-Mail Address*

of

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

MAIN SEQUENCE, LTD.
JEROLD HAMZA in his individual capacity
JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN
*Name(s) of Party(ies) Represented*

[X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**

Schiller, Joshua I.
*Designee's Name (Last Name, First Name & Middle Initial)*

330653
*Designee's Cal. Bar No.*

(213) 629-9040
*Telephone Number*

(213) 629-9022
*Fax Number*

jischiller@bsfllp.com
*E-Mail Address*

of

BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520,
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
[ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
[ ] for failure to complete Application: _____
[ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
[ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
[ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge