BOIES SCHILLER FLEXNER LLP
JOSHUA I. SCHILLER (SBN 330653)
jischiller@bsfllp.com
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

BENJAMIN MARGULIS*
bmargulis@bsfllp.com
KATHERINE L. CASSIRER*
kcassirer@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorney for Plaintiffs*

* *pro hac vice* pending

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00711<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |

1  The undersigned, counsel of record for Plaintiffs Main Sequence, Ltd.,
2  Jerold Hamza, as executor for the Estate of George Carlin, and Jerold Hamza, in
3  his individual capacity, certify that other than the Plaintiffs, Kelly Carlin, a
4  beneficiary of the Estate of George Carlin, has a pecuniary interest in the outcome
5  of this case. These representations are made to enable the Court to evaluate
6  possible disqualification or recusal.

Dated: January 31, 2024          BOIES SCHILLER FLEXNER LLP

/s/ Joshua I. Schiller
Joshua I. Schiller
jischiller@bsfllp.com
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Benjamin Margulis*
bmargulis@bsfllp.com
Katherine L. Cassirer*
kcassirer@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs*

*pro hac vice* pending