Name
Joshu
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520, Los Angeles, CA 90067
Tel: (213) 629-9040/ Fax: (213) 629-9022
(Maintains offices in SF and LA)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIN SEQUENCE, LTD., et. al.<br><br>v.    **Plaintiff(s)**<br><br>DUDESY, LLC, et. al.<br><br>**Defendant(s).** | **CASE NUMBER**<br>2:24-cv-00711 MEMF-E<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Margulis, Benjamin                    of    BOIES SCHILLER FLEXNER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    55 Hudson Yards
(212) 446-2342        (212) 446-2350                New York, NY 10001
*Telephone Number*      *Fax Number*
bmargulis@bsfllp.com
*E-Mail Address*                         *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
MAIN SEQUENCE, LTD.
JEROLD HAMZA in his individual capacity
JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN
*Name(s) of Party(ies) Represented*        ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**
Schiller, Joshua I.                    of    BOIES SCHILLER FLEXNER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2029 Century Park East, Suite 1520,
330653        (213) 629-9040    (213) 629-9022    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jischiller@bsfllp.com
*E-Mail Address*                         *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   1/31/24                            /s/District Judge Maame Ewusi-Mensah Frimpong
                                           **U.S. District Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1