Name and address:
Joshua I. Schiller (CA Bar No. 330653)
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520, Los Angeles, CA 90067
Tel: (213) 629-9040/ Fax: (213) 629-9022
(Maintains offices in SF and LA)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MAIN SEQUENCE, LTD., et. al.

Plaintiff(s)

v.

DUDESY, LLC, et. al.

Defendant(s).

CASE NUMBER

2:24-cv-00711 MEMF-E

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cassirer, Katherine L.  of  BOIES SCHILLER FLEXNER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  55 Hudson Yards
(212) 446-2300   (212) 446-2350   New York, NY 10001
*Telephone Number*   *Fax Number*
kcassirer@bsfllp.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
MAIN SEQUENCE, LTD.
JEROLD HAMZA in his individual capacity
JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN
*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Schiller, Joshua I.  of  BOIES SCHILLER FLEXNER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  2029 Century Park East, Suite 1520,
330653   (213) 629-9040   (213) 629-9022   Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jischiller@bsfllp.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  1/31/24

/s/District Judge Maame Ewusi-Mensah Frimpong
**U.S. District Judge**