# EXHIBIT A TO FORM AO 121 (COPYRIGHTS)

*Main Sequence, Ltd.*, et al. v. *Dudesy, LLC*, et al.

      Plaintiffs submit the following 17 U.S.C. § 508 notice based on the information currently available to them to the extent such a notice is required by L.R. 3-1.  However, Plaintiffs cannot know the full scope of copyrights that may have been infringed until discovery, and so the following list is not exhaustive.  Plaintiffs therefore reserve the right to amend and/or otherwise supplement this notice as necessary as this matter proceeds.

| Copyright Registration No. | Title of Work | Author/Owner of Work |
| --- | --- | --- |
| V2846P432 | Doin' it again / Additional title: Jammin' in New York. | Main Sequence, Ltd. |
| PA0001635958 | George Carlin: It's Bad For Ya. | Main Sequence, Ltd. |
| V3597D824 | George Carlin: life is worth losing. | Main Sequence, Ltd. |
| PA0001304601 | George Carlin: life is worth losing: George Carlin 2005 special : George Carlin : off base and on target. | Main Sequence, Ltd. |
| V3574D626 | George Carlin: location--University of Southern California & 18 other titles.<br><br>[001] George Carlin: location--University of Southern California.<br><br>[002] George Carlin again!: a.k.a. George Carlin in Phoenix.<br><br>[003] George Carlin at Carnegie Hall.<br><br>[004] George Carlin on campus: a.k.a. George Carlin in concert.<br><br>[005] George Carlin in concert: playin' with your head.<br><br>[006] What am I doin' in New Jersey?: a.k.a. HBO comedy hour: George Carlin.<br><br>[007] George Carlin: doin' it again. | Main Sequence, Ltd. |

| | | |
|---|---|---|
| | [008] George Carlin: live at the Paramount: a.k.a. Jammin' in New York.<br><br>[009] George Carlin: back in town: HBO comedy special.<br><br>[010] George Carlin: 40 years of comedy: a.k.a. George Carlin tribute show.<br><br>[011] George Carlin: you are all diseased.<br><br>[012] George Carlin: complaints and grievances.<br><br>[013] George Carlin: life is worth losing.<br><br>[014] George Carlin: it's bad for ya. | |
| V2843P358 | Jammin' in New York. | Main Sequence, Ltd. |
| PA0000827321 | George Carlin – Back In Town | Main Sequence, Ltd. |
| PA0000603646 | George Carlin – Jammin In NY | Main Sequence, Ltd. |
| PA0000857589 | George's Best Stuff | Main Sequence, Ltd. |
| PAu002164123 | George Carlin's Personal Favorites | Main Sequence, Ltd. |
| PA0000945020 | George Carlin: You Are All Diseased | Main Sequence, Ltd. |
| V3510D112 | Complaints and grievances / By George Carlin | Main Sequence, Ltd. |