JS-6, O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity,<br><br>Plaintiffs,<br>v.<br><br>DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20,<br><br>Defendants. | Case No.: 2:24-cv-00711-MEMF-E<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The Court, having considered the Joint Motion for Consent Judgment and Entry of Permanent Injunction and finding good cause therefor, hereby FINDS and ORDERS as follows:[1]

---

[1] The parties also requested that the Court order the following:
  Uploads of the Dudesy Special to YouTube or elsewhere on the internet by Third Parties shall violate this Order, although Defendants shall not be liable for such uploads, nor shall Defendants be deemed to have violated this Order based on uploads by a Third Party. For purposes of this paragraph, "Third Party" shall mean any natural person or entity other than Defendants that is not related to, employed by, or an agent of, any of the Defendants and is not acting at the direction of any of the Defendants.
The Court declines to issue such an order as the parties have provided the Court with no basis upon which it may bind third parties that are not before the Court.

1. Defendants created and released the video titled "George Carlin: I'm Glad I'm Dead (2024) – Full Special" (the "Dudesy Special") to YouTube on January 9, 2024 without Plaintiffs' knowledge or consent and in violation of Plaintiffs' rights.

2. Defendants are hereby PERMANENTLY RESTRAINED AND ENJOINED FROM uploading, posting or broadcasting the Dudesy Special on the Dudesy Podcast, or in any content posted to any website, account or platform (including, without limitation, YouTube and social media websites) controlled by Defendants.

3. Defendants are hereby PERMANENTLY RESTRAINED AND ENJOINED FROM using George Carlin's image, voice or likeness on the Dudesy Podcast, or in any content posted to any website, account or platform (including, without limitation, YouTube and social media websites) controlled by Defendants without the express written approval of the Plaintiffs.

4. The action is STAYED and administratively closed until sixty (30) days from the date of this Order. The parties are ORDERED to file, within thirty (30) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if needed. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of thirty-one (31) days from the date of this Order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. This Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment and any additional orders the Court deems necessary and appropriate. To the extent permitted by law, the Parties irrevocably and fully waive and relinquish any argument that venue in or jurisdiction by the Court is improper or inconvenient.

IT IS SO ORDERED.

Dated: June 18, 2024

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge