1  BOIES SCHILLER FLEXNER LLP
2  JOSHUA I. SCHILLER (SBN 330653)
   jischiller@bsfllp.com
3  2029 Century Park East, Suite 1520
   Los Angeles, CA 90067
4  Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  BENJAMIN MARGULIS*
7  bmargulis@bsfllp.com
   KATHERINE L. CASSIRER*
8  kcassirer@bsfllp.com
9  55 Hudson Yards
   New York, NY 10001
10 Telephone: (212) 446-2300
11 Facsimile: (212) 446-2350

12 *Attorney for Plaintiffs*
13
14 *Admitted *pro hac vice*

15            **UNITED STATES DISTRICT COURT**
16            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity,<br><br>            Plaintiffs,<br><br>      v.<br><br>DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20,<br><br>            Defendants. | Case No. 2:24-cv-00711-MEMF-E<br><br>**PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL** |

Case No. 2:24-cv-00711-MEMF-E
REQUEST FOR EXTENSION OF TIME

On April 2, 2024, the Parties entered into and filed a Joint Stipulation for Entry of Consent Judgment and Permanent Injunction [Dkt. 22], and on June 18, 2024, this Court entered and so-ordered a Stipulated Consent Judgment and Permanent Injunction [Dkt. 23] ("June 18, 2024 Order").

As part of the June 18, 2024 Order, this Court directed the parties to file "either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if needed." The deadline set in the June 18, 2024 Order to make the aforementioned filing is July 18, 2024.

Plaintiffs have worked diligently to prepare an appropriate filing. However, due to the July 4 federal holiday and conflicting travel schedules, Plaintiffs, Plaintiffs' counsel, and Defendants have not yet been able to agree on the final language for any such filing. Additionally, Plaintiffs are still considering the appropriate course of action with respect to third parties that may be misusing the "Dudesy Special"—something that Plaintiffs and their counsel have had little time to fully discuss due to the aforementioned holiday and scheduling troubles.

As a result, Plaintiffs' respectfully request an additional fourteen days, up to and including August 1, 2024, within which to file "a stipulation and proposed order for dismissal of the action or judgment," as ordered by the Court in its June 18, 2024 Order [Dkt. 23]. This additional time shall provide the parties in this matter an opportunity to finalize an appropriate filing pursuant to the June 18, 2024 Order.

On July 17, 2024, Defendants informed Plaintiffs that they did not object to Plaintiffs filing this request and agreed to requesting the 14-day extension of the June 18, 2024 Order deadline. This is the first such request by any of the parties in this litigation. Additionally, because Defendants have previously consented to the entry of and are subject to the judgment and permanent injunction [Dkt. 22], the requested continuation of the June 18, 2024 Order deadline would not prejudice Defendants.

|   |   |
|---|---|
| Dated: July 17, 2024 | Respectfully submitted,<br>BOIES SCHILLER FLEXNER LLP |

*/s/ Joshua I. Schiller*
Joshua I. Schiller
jischiller@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Benjamin Margulis*
bmargulis@bsfllp.com
Katherine L. Cassirer*
kcassirer@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*