UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity,<br><br>        Plaintiffs,<br><br>    v.<br><br>DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20,<br><br>        Defendants. | Case No. 2:24-cv-00711-MEMF-E<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL [ECF NO. 24]** |

    Plaintiffs Main Sequence, LTD, Jerold Hamza as executor for the Estate of George Carlin, and Jerold Hamza ("Plaintiffs") request an extension of time to File Stipulation of Dismissal. Upon due consideration, the Court finds good cause to grant Plaintiffs' motion.

    It is hereby ORDERED that:

    1.    The Court GRANTS Plaintiffs' Request for Extension of Time to File Stipulation of Dismissal;

2. The deadline in this Court's June 18, 2024 Order [ECF No. 23] for filing either (a) a stipulation and proposed order for dismissal of the action or judgment, or (b) a motion to reopen if needed, currently set for July 18, 2024, is adjourned and continued for thirty (30) days;

3. This action shall remain stayed and administratively closed, pursuant to the June 18, 2024 Order of this Court [*id.*] for thirty (30) days;

4. This action shall not be deemed dismissed in accordance with the June 18, 2024 Order of this Court. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of thirty-one (31) days from the date of this Order; and

5. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated: July 19, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2