BOIES SCHILLER FLEXNER LLP
JOSHUA I. SCHILLER (SBN 330653)
jischiller@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

BENJAMIN MARGULIS*
bmargulis@bsfllp.com
KATHERINE L. CASSIRER*
kcassirer@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorney for Plaintiffs*

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIN SEQUENCE, LTD., JEROLD HAMZA as executor for the ESTATE OF GEORGE CARLIN, and JEROLD HAMZA in his individual capacity,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DUDESY, LLC, WILL SASSO, CHAD KULTGEN, and JOHN DOES 1-20,<br><br>　　　　Defendants. | Case No. 2:24-cv-00711-MEMF-E<br><br>**STATUS REPORT** |

Pursuant to the communications between Plaintiffs' counsel and this Court's chambers ("Correspondence")—with Defendants' representative copied on all such communications—Plaintiffs hereby submit the following status report:

## STATUS REPORT

Plaintiffs filed their Complaint in this matter on January 25, 2024 [Dkt. 1], asserting claims against the Named Defendants (Dudesy, LLC, Mr. Sasso, and Mr. Kultgen). Plaintiffs also included "John Does 1-20" as defendants ("Doe Defendants").

On April 2, 2024, the Plaintiffs and Named Defendants jointly notified the Court that the parties had reached a settlement and jointly stipulated to a judgement and permanent injunction that covered both the Named Defendants and "Third Partes." [Dkt. 22 & 22-1.]

On June 18, 2024, so-ordered most of the stipulated judgment and permanent injunction, but declined to issue an order regarding third parties "as the parties have provided the Court with no basis upon which it may bind third parties that are no before the Court." [Dkt. 23.]

Plaintiffs now request a conference with the Court regarding applying the judgment in this matter to third parties given that, at present, third parties (including users of popular websites such as YouTube) continue to post unauthorized copies of the "Dudesy Special" video at issue in this case. To that end, Plaintiffs state the following, as requested in the Correspondence:

1. Plaintiffs wish to confer with the Court about extending the injunction and order [Dkt. 23] to cover third party misuse of the "Dudesy Special" given that John Does 1-20 are named in the Plaintiffs' complaint;

2. Plaintiffs would like the Court to make the injunction and order [Dkt. 23] applicable to third parties so that Plaintiffs can present the

injunction to website operators (*e.g.*, YouTube) to ensure that no further misuse of the "Dudesy Special" video takes place; and

3. Plaintiffs have consulted with Defendants regarding the substance of this Status Report, and Defendants agree with and do not oppose Plaintiffs' request.

Finally, Plaintiffs want to make clear that they are *not* seeking to renegotiate, reopen, or otherwise restart this litigation as to the *Named Plaintiffs*. The settlement between Plaintiffs and Named Plaintiffs shall remain valid and in place.

In light of the above, Plaintiffs request (i) a conference with this Court regarding the issue raised above at a time and date convenient to this Court, and (ii) an extension of the date on which this matter will be automatically dismissed [see Dkt. 25] so that the conference can take place.

Dated: August 20, 2024

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

*/s/ Joshua I. Schiller*
Joshua I. Schiller
jischiller@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

Benjamin Margulis*
bmargulis@bsfllp.com
Katherine L. Cassirer*
kcassirer@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*